STATE OF NEW JERSEY v. RICHARD BLECHL.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE MARX.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER A. BROWN.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTY LYLE HANKINS.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS BATTLE.

October 15, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 255)